IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV57

| | |
|---|---|
| TERESA R. MURPHY,<br><br>        Plaintiff,<br><br>Vs.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's nonpayment of the filing fees herein.

On March 4, 2008, the Court denied the Plaintiff's application to proceed in *forma pauperis* and directed that the required filing fees be paid to the Clerk within 20 days of entry of the Order. **See Order, filed March 4, 2008, at 1.** The Order warned Plaintiff that her failure to pay the fees would result in summary dismissal of the action. The deadline for payment was March 24, 2008; to date, the filing fees have not been paid.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** for failure to pay the required filing fees.

2

Signed: March 28, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge